JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA RUBIO, individually, and as successor in interest to Decedent MANUEL BORREGO; ESTATE OF MANUEL BORREGO,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, BRADLEY DIETZE; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: CV19-1762 R (AGRx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED, following stipulation of counsel, that the above-entitled action is dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

DATED:  May 28, 2019

_____
Honorable Manuel Real
United States District Judge

- 1 -
ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE